MSG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 15-042 |
| | : | |
| DAVID PRICE | : | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on July 8, 2015, this Court entered an Order for the Forfeiture of certain property further described below;

AND WHEREAS, pursuant to Rule G(4) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the pending Forfeiture was placed on an official government internet site in two separate ads, each for 30 consecutive days, the first concluding on August 12, 2015 and the second concluding on October 4, 2015;

AND WHEREAS, no third party has petitioned the Court for a hearing to adjudicate the validity of any alleged interest in the property ordered forfeit;

AND WHEREAS, the Court finds based on the defendant's guilty plea that the defendant had an interest in the property ordered for Forfeiture and that is subject to forfeiture pursuant to 18 U.S.C. § 924(d), made applicable by 28 U.S.C. § 2461(c);

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. All right, title and interest of all persons, their heirs and assigns, in the property described below, is hereby fully and finally forfeited to the United States of America pursuant to 21 U.S.C. § 853(n)(7):

    a) a Glock 9mm handgun, serial number RKL898, and fifteen live rounds of ammunition; and

    b) a .40 caliber S&W Kel-Tec firearm, serial number 102923, and nine rounds of live ammunition.

2. All right, title and interest of all persons, their heirs and assigns in the properties described above, is hereby vested in the United States of America.

3. The United States Marshal Service, and/or the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF"), shall dispose of the forfeited properties in accordance with the law and the rules of this Court.

ORDERED __16__ this day __November__ of 2015.

BY THE COURT:

_____
HONORABLE MITCHELL S. GOLDBERG
*Judge, United States District Court*